# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GRAHAM CONSTRUCTION, INC., AND
ARCH INSURANCE COMPANY,

      **Plaintiffs,**

    **vs.**

MARKEL AMERICAN INSURANCE, Co.,

      **Defendant.**

**8:15CV276**


**JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. Plaintiffs Graham Construction, Inc. and Arch Insurance Co.'s Motion for Summary Judgment (Filing No. 22) is denied;

2. Defendant Markel American Insurance Co.'s Motion for Summary Judgment (Filing No. 26) is granted;

3. Graham Construction, Inc. is not an insured under the Markel Policy for purposes of *Guadalupe Gaytan, Special Administrator of the Estate of Jose Sanchez-Dominguez v. Wal-Mart, et al.*, District Court of Douglas County, Nebraska, No. CI 10-9387269;

4. Markel American Insurance Co. does not owe Plaintiffs Graham Construction, Inc. and Arch Insurance Co. defense or indemnity for purposes of *Guadalupe Gaytan, Special Administrator of the Estate of Jose Sanchez-Dominguez v. Wal-Mart, et al.*, District Court of Douglas County, Nebraska, No. CI 10-9387269;

5. The above-captioned is dismissed with prejudice; and

6. The Court will not assess costs or attorney's fees.


Dated this 14th day of April, 2016.

                    BY THE COURT:

                    s/Laurie Smith Camp
                    Chief United States District Judge